IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM UPSHAW | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-7574 |
| JANSSEN RESEARCH & | : | |
| DEVELOPMENT, LLC | : | |

**O R D E R**

AND NOW, this  26th  day of   March  , 2014, upon consideration of Plaintiff's Motion to Compel Discovery and Strike Objections of Defendant Janssen Research & Development, LLC (ECF No. 19), Defendant's Cross-Motion for the Entry of a Protective Order (ECF No. 20), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's Motion to Compel is **GRANTED** in part and **DENIED** in part as follows:

    A. Defendant shall produce portions of the personnel files of Michelle Kinsgberry (Document Request No. 10) and Ed Benson (Document Request No. 17) that relate to Plaintiff's claims, consistent with the accompanying Memorandum.

    B. Defendant shall produce documents pursuant to Document Request No. 13 that relate to the November 2, 2009 calibration meeting and the June 1, 2010 succession planning meeting.

    C. Plaintiff's Motion is **DENIED** in all other respects.

2. Defendant's Motion for a protective order is **GRANTED**.   Any documents produced pursuant to Paragraph 1.A of this Order shall be produced subject to the protective order submitted by Defendant.

          **BY THE COURT:**

          _____
          **R. BARCLAY SURRICK,  J.**